**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| YVETTE YURI LANUZA DIGAN,<br><br>     Plaintiff,<br><br>v.<br><br>LUXCO, INC.,<br><br>     Defendant. | C.A. No. 4:25-cv-40091-MRG |

**LUXCO, INC.'S MOTION FOR CASE MANAGEMENT ORDER PREVENTING EMPLOYEE CONTACT,  PUBLIC DISCLOSURE OF CONTENT THAT MAY UNFAIRLY INFLUENCE PUBLIC OPINION AND THE JURY VENIRE, AND ENSURING CIVILITY IN THE PRESENT LITIGATION**

Luxco, Inc. ("Luxco") respectfully moves this Court to enter a Case Management Order in the above-captioned matter. The grounds for this Motion and the specific relief requested are set forth in Luxco's Memorandum in Support of Its Motion for Case Management Order Preventing Employee Contact, Public Disclosure of Content that May Unfairly Influence Public Opinion and the Jury Venire, and Ensuring Civility in the Present Litigation, filed contemporaneously with this Motion.

WHEREFORE, Luxco respectfully requests this Court enter a Case Management Order in this matter.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Luxco respectfully requests oral argument to assist the Court with its consideration of the matters raised by this Motion.

200160809

Dated: November 4, 2025

Respectfully submitted,

*/s/ Carl J. Pesce*
Carl J. Pesce (admitted *pro hac vice*)
Benjamin S. Harner (admitted *pro hac vice*)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri  63101
(314) 552-6000
(314) 552-7000 (fax)
cpesce@thompsoncoburn.com
bharner@thompsoncoburn.com

Chad Higgins, BBO No. 668924
Zack Brandwein, BBO No. 697327
Joseph E. Long, BBO No. 713886
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, Maine 04101-6420
(207) 810-4955
chad.higgins@dentons.com
zack.brandwein@dentons.com
joseph.long@dentons.com

and

Peter M. Durney, BBO No. 139260
Christopher J. Hurst, BBO No. 682416
SMITH DUGGAN CORNELL & GOLLUB, LLP
101 Arch Street, Suite 1100
Boston, MA 02110
Tel: (617) 228-4400
Fax: (617) 482-3917
pdurney@smithduggan.com
churst@smithduggan.com

*Attorneys for Defendant,*
*Luxco, Inc.*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel have conferred and attempted in good faith to narrow or resolve the issues presented by this Motion For Case Management Order Preventing Employee Contact, Public Disclosure of Content That May Unfairly Influence Public Opinion And The Jury Venire, And Ensuring Civility In the Present Litigation. Counsel were unable to narrow the issues in dispute. Counsel for Plaintiff opposes this motion and will file a response within the time frame afforded by Local Rule 7.1.

/s/ Carl J. Pesce

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2025, I caused to be electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Adam P. Clermont, Esq.
6 Liberty Square, Pmb 226
Boston, MA 02109
Tel.: (617) 202-3794
aclermont@attorneyapc.com

David W. Heinlein, Esq.
Heinlein Beeler Mingace & Heineman, P.C.
276 Union Avenue
Framingham, MA 01702
Tel: (508) 626-8500
dheinlein@hbmhlaw.com

Jeremia A. Pollard, Esq.
HANNON LERNER, P.C.
184 Main Street
PO Box 697
Lee, MA 01238
Tel.: (412) 243-3311
jeremiapollard@yahoo.com

/s/ Carl J. Pesce

200160809

- 3 -