UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 4:25-cv-40091

YVETTE YURI LANUZA DIGAN,

　　　　　Plaintiff,

v.

LUXCO, INC.,

　　　　　Defendants.

## WITHDRAWAL OF APPEARANCE

To the Clerk of the United States District Court:

Please withdraw the appearance of Adam Clermont (BBO#639769) as attorney for the

Plaintiff, Yvette Yuri Lanuza Digan, in the above-captioned matter.

Attorneys David W. Heinlein and Jeremia A. Pollard remain as counsel of record for the

Plaintiff.

Respectfully submitted,
Yvette Yuri Lanuza Digan,
By Her Attorney,

*/s/ Adam Clermont, Esq.*
_____

6 Liberty Square
PMB 226
Boston, MA 02109
(413) 841-1270 (MA)
+852 9086 3191 (Hong Kong)
aclermont@attorneyapc.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Adam Clermont, Esq.*

_____

Adam Clermont