# EXHIBIT 33













Document title: Meet The Experts: Adam Clermont, Attorney for Yvette Digan | Adam Clermont
Capture URL: https://www.linkedin.com/posts/adam-clermont_meet-the-experts-adam-clermont-attorney-activity-7414962669033705472-oJAo/
Capture timestamp (UTC): Thu, 08 Jan 2026 17:59:16 GMT

**EXHIBIT 33**